**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE EDWARDS,<br><br>        Plaintiff,<br><br> v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 3:11-CV-1058-MMA-BLM<br><br>**JUDGMENT** |

      Final Judgment is hereby entered as follows:

      The claims raised by Plaintiff Gene Edwards in the above-captioned matter are voluntarily dismissed.

      The Court enters judgment in favor of Plaintiff in the amount of $5,000 as an incentive award; attorneys' fees to Girard Gibbs LLP pursuant to California Code of Civil Procedure section 1021.5 in the amount of $1,489,322.00; attorneys' fees to Ram, Olson, Cereghino & Kopczynski LLP pursuant to California Code of Civil Procedure section 1021.5 in the amount of $141,570.00; and, pursuant to California Code of Civil Procedure sections 1032 and 1033.5, costs to Girard Gibbs LLP in the amount of $14,836.52.

      The Court directs the Clerk of the Court to close the case.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: May 19, 2016

                                                Hon. Michael M. Anello
                                                United States District Judge